IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARK ANTHONY HOLLAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                              CASE NO. 1D14-2126

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed July 23, 2014.

An appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Melissa Montle and Seth E. Miller, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Charles R. McCoy, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.